United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-18001-elf
Nakia Feribee                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD        Page 1 of 2            Date Rcvd: May 16, 2019
                         Form ID: pdf900       Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2019.
```
db             +Nakia Feribee,    1165 Atwood Road,    Philadelphia, PA 19151-3108
aty            +MICHAEL MOROLLA,    129 Oser Avenue,    Hauppauge, NY 11788-3813
cr             +Luther Appliances and Furniture Sales,    60 Plant Avenue,    Suite 2,    Hauppauge, NY 11788-3810
14241065       +Auto Trakk, Llc,    1500 Sycamore Rd Ste 200,    Montoursville, PA 17754-9416
14241066       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
14241067       +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
14241068       +Luther Appliance & Fur,    129 Oser Ave Ste A,    Hauppauge, NY 11788-3813
14265278       +Luther Sales,    129 Oser Ave,    Hauppauge, NY 11788-3813
14241070       +Ncb Management Service,    1 Allied Dr,    Trevose, PA 19053-6945
14241073       +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
14241074        Trident Asset Manageme,    10375 Old Alabama Rd Ste,    Alpharetta, GA 30022
14284701       +U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P,    211 North Front Street,
                 Harrisburg, PA 17101-1406
14243280       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
14283992       +US Bank Association,    c/o Kevin G. McDonald, Esquire,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 17 2019 02:37:41     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2019 02:37:13
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 17 2019 02:37:31     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2019 02:50:30     Orion (Verizon),
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14263807       +E-mail/Text: bnc@atlasacq.com May 17 2019 02:36:40     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
14255232       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2019 02:50:44
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
14251863        E-mail/PDF: resurgentbknotifications@resurgent.com May 17 2019 02:38:08     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14241069       +E-mail/Text: bankruptcydpt@mcmcg.com May 17 2019 02:37:16     Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14260829       +E-mail/Text: bankruptcydpt@mcmcg.com May 17 2019 02:37:16     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14241071       +E-mail/Text: bnc@nordstrom.com May 17 2019 02:36:42     Nordstrom/td Bank Usa,
                 13531 E. Caley Ave,    Englewood, CO 80111-6504
14242482       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2019 02:50:44     Orion,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14241907       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2019 02:50:44
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14269329       +E-mail/PDF: resurgentbknotifications@resurgent.com May 17 2019 02:38:08     PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14241072       +E-mail/Text: blegal@phfa.org May 17 2019 02:37:19     Phfa,    211 N Front St,
                 Harrisburg, PA 17101-1466
14250853       +E-mail/Text: JCAP_BNC_Notices@jcap.com May 17 2019 02:37:26     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14241075       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 17 2019 02:36:36
                 Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                             TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14261756*     +Auto Trakk LLC,    1500 Sycamore Road,    Suite 200,    Montoursville, PA 17754-9416
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                   Date Rcvd: May 16, 2019
                              Form ID: pdf900             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Nakia  Feribee support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    NAKIA FERIBEE, :
            Debtor(s) : Bky. No.  18-18001ELF

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date:  <u>May 15, 2019</u>

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE