

JUN 1 8 2020

June 9, 2020

RE: NOTICE OF ADDRESS CHANGE

ATTN: CLERK OF THE BANKRUPTCY COURT

Please be advised that Creditor, LUTHER APPLIANCE & FURNITURE SALES, has relocated.

NEW ADDRESS:                              OLD ADDRESS:

99 SUNNYSIDE BLVD                         129 OSER AVENUE

SUITE 101                                 HAUPPAUGE, NY 11788

WOODBURY, NY 11797

Thank you for your assistance in this matter.

Sincerely,

MICHAEL MOROLLA, LEGAL DIRECTOR

800-358-6466 x3760

legaldirector@luthersales.com